AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

GARY L. NELSON,

    Petitioner,   JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:07-CV-00448-BES-VPC**

STATE OF NEVADA, et al.,

    Respondents.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice.

  March 18, 2008                                              **LANCE S. WILSON**
                                                          Clerk

                                                          /s/ Katie Lynn Ogden
                                                            Deputy Clerk